## File Hashes for IP Address 76.26.141.234

**ISP:** Comcast Corporation
**Physical Location:** Frederick, MD

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 01/28/2015 11:11:43 | 8F841D13D963CAEAB09C1B9449CC3C4E08D551B0 | The Studio Part #2 |
| 01/21/2015 07:14:35 | 9152260A15F323E31DD2135AAEB6EA3983B40A43 | The Secretary |
| 12/15/2014 00:31:22 | 15500239961B397F15EB325A5A6B061481766E9A | First Time |
| 10/03/2014 12:41:04 | 4F6D7C009DDC1DBE97EF793B9E87C7FAECE92C53 | Tie Her Up For Me |
| 01/12/2014 14:29:35 | 8253B11CB0538D632B448340AEC0BA9FC7184239 | Malibu Moments |
| 01/10/2014 15:17:52 | 9F3BB8FFB46702FBF1716393050782F0AC056575 | Erotic Stretching and Sex |
| 01/10/2014 11:37:38 | C9D3EE092775E4EC74E06602F97C2442034EDA7F | All Tied Up |
| 01/10/2014 11:34:35 | 4ED7C8289FAF5CB9E14E09F4A0F4A54749B0A8F5 | Czech Beauties |
| 01/09/2014 12:03:40 | 2C5F833FB38D4CCA307E1D5C57615AB1C8BBB68A | First and Forever |
| 01/09/2014 11:34:45 | 77DD63DC60FC4CD9BACA75043E339D775D68A772 | Lying Around |
| 01/08/2014 11:29:40 | 24E766DD7F40B1BEF548C8688FEAE4E1F39FF856 | Like The First Time |
| 01/04/2014 19:21:30 | 9C096487E3D577A393F57CD7B7B86CFFF8CB902D | Awakening |
| 12/09/2013 14:00:21 | 1679632E5066C03128EAE0DADB529E96AC76974B | Make Me Feel Beautiful |
| 12/02/2013 12:09:14 | 25EDAEE2876DE119233B364B0E90649F9D3E497F | Many Shades of Grey |
| 11/25/2013 19:17:54 | 8126C62BD2B5C32339E1E038FC361C76AEECFB32 | LA Plans |
| 08/12/2013 10:51:00 | FF6F574E973FBB7EB5E20715C9F6B4135FB7286A | Tarde Espanola |

**Total Statutory Claims Against Defendant: 16**